UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MED-ASIA SHIPPING LTD.,

                Plaintiff,           07 Civ. _____

- against -

COSCO BEIJING INTERNATIONAL FREIGHT
CO., LTD.,

                Defendant.
------------------------------------------------------------------X

07 CIV 9624

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: October 30, 2007
       Southport, CT

                                      The Plaintiff,
                                      MED-ASIA SHIPPING LTD.

                                      By: _____
                                      Kevin J. Lennon
                                      Nancy R. Peterson
                                      LENNON, MURPHY & LENNON, LLC
                                      The Gray Bar Building
                                      420 Lexington Ave., Suite 300
                                      New York, NY 10170
                                      (212) 490-6050
                                      (212) 490-6070 (fax)
                                      kjl@lenmur.com
                                      nrp@lenmur.com