CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MED-ASIA SHIPPING LTD.,                                :
                                                       :
                                                       :
                              Plaintiff,               :     **07-CV-9624**
                                                       :
                     v.                                :     **NOTICE OF**
                                                       :     **APPEARANCE**
COSCO BEIJING INTERNATIONAL FREIGHT    :
CO., LTD.,                                             :
                                                       :
                                                       :
                              Defendants.              :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
        November 6, 2007

                                  CLARK, ATCHESON & REISERT
                                  Attorneys for Garnishee
                                  Societe Generale New York Branch

                           By:    _____
                                  Richard J. Reisert (RR-7118)
                                  7800 River Road
                                  North Bergen, NJ  07047
                                  Tel: (201) 537-1200
                                  Fax: (201) 537-1201
                                  Email:  reisert@navlaw.com