BLANK ROME LLP
Attorneys for Defendant
COSCO BEIJING INTERNATIONAL
 FREIGHT CO., LTD.
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MED-ASIA SHIPPING LTD., <br><br> Plaintiff, <br><br> -against- <br><br> COSCO BEIJING INTERNATIONAL FREIGHT CO., LTD., <br><br> Defendant. | 07 Civ. 9624 (RMB) <br><br> **Rule 7.1 Statement** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel appearing specially herein for Defendant, COSCO BEIJING INTERNATIONAL FREIGHT CO., LTD., ("Defendant"), certifies that Defendant is not a publicly-traded company but is an affiliate of the following companies, all of whose shares are publicly-traded:

| Company | Stock Exchange |
|---|---|
| COSCO Shipping Co., Ltd. | Shanghai |
| COSCO Pacific Ltd. | Hong Kong |
| COSCO Corporation (Singapore) Ltd. | Singapore |
| China International Marine Containers (Group) Co., Ltd. | Shenzhen |
| COSCO International Holdings Ltd. | Hong Kong |

900200.00001/6604428v.1

| Company | Stock Exchange |
|---|---|
| China COSCO Holdings Company Limited | Hong Kong |

Dated:   New York, New York
         January 9, 2008

                      BLANK ROME LLP
                      Attorneys for Defendant
                      COSCO BEIJING INTERNATIONAL
                        FREIGHT CO., LTD.

By _____
      LeRoy Lambert (LL 3519)
      The Chrysler Building
      405 Lexington Avenue
      New York, NY  10174-0208
      Tel.:  (212) 885-5000