BLANK ROME LLP
Attorneys for Defendant
COSCO BEIJING INTERNATIONAL
 FREIGHT CO., LTD.
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MED-ASIA SHIPPING LTD.,<br><br>Plaintiff,<br><br>-against-<br><br>COSCO BEIJING INTERNATIONAL FREIGHT CO., LTD.,<br><br>Defendant. | 07 Civ. 9624 (RMB)<br><br>**NOTICE OF RESTRICTED APPEARANCE** |

Pursuant to Supplemental Rule E(8) for Admiralty or Maritime Claims and Asset Forfeiture Claims, Defendant, COSCO BEIJING INTERNATIONAL FREIGHT CO., LTD., appears specially herein.

Dated:   New York, New York
         January 9, 2008

                                        BLANK ROME LLP
                                        Attorneys for Defendant
                                        COSCO BEIJING INTERNATIONAL
                                         FREIGHT CO., LTD.

                                        By _____
                                        LeRoy Lambert (LL 3519)
                                        The Chrysler Building
                                        405 Lexington Avenue
                                        New York, NY 10174-0208
                                        Tel.: (212) 885-5000

900200.00001/6604433v.1