# BLANK ROME LLP
## COUNSELORS AT LAW

*Phone:*   (212) 885-5148
*Fax:*     (917) 332-3838
*Email:*   LLambert@BlankRome.com

> *Extensions Granted.*
>
> February 4, 2008
>
> **SO ORDERED:**
> Date: 2/4/08   *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

**BY FAX 212-805-6717**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street, Room 201
New York, NY 10007-1581

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08

Re:   Med-Asia Shipping Ltd. v. Cosco
      Beijing International Freight Co., Ltd.
      07 CV 9624 (RMB)
      Our Ref.: 128684-00601

**MEMO ENDORSED**

Dear Judge Berman:

We represent defendant Cosco Beijing International Freight Co. Ltd. in the referenced matter.

At the pre-motion conference on January 30, I suggested and opposing counsel and the Court agreed that our motion for countersecurity would be filed today, February 4, Plaintiff's opposition papers on February 11, and our reply papers on February 15.

We request an extension of the deadlines to February 7, 14, and 19, respectively. There are two reasons.

I am working with a colleague in Hong Kong who is the contact with the client in Beijing. Last Thursday evening her father suffered a heart attack and passed away Friday. I did not receive some of the information I expected for the motion.

Also, Hong Kong and China will celebrate their New Year February 7, 8, and 9, and it is likely that Plaintiff's counsel would have needed additional time in any event.

Opposing counsel does not object and has recommended that his client agree. However, due to the time difference, he will not hear from his client until tomorrow morning.

RECEIVED
FEB 04 2008
CHAMBERS OF
RICHARD M. BERMAN
128684.00601/6615631v.1

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong



Honorable Richard Berman
February 4, 2008
Page 2

    Plaintiff is not prejudiced by this request, and, in the circumstances, I respectfully request that this request for an extension be granted.

    Thank you and the Court in advance for your attention to this request.

Very truly yours,

LeRoy Lambert

LRL:cn

cc:   **By Image**
      Kevin J. Lennon
      Attorney for Plaintiff

128684.00601/6613567v.1