# EXHIBIT 3



**BLANK ROME**
SOLICITORS & NOTARIES

博銳律師事務所

PARTNERS:
Nigel Binnersley
Tim Drew
Andrew Hart*
Peter Mills

*Notary Public

## FACSIMILE TRANSMISSION

PLEASE NOTE: The information in this facsimile message may be privileged and confidential. This messages intended only for the use of the individual named below and others who have been specifically authorized to receive it. Additionally, if you are not the intended recipient, you are hereby notified that any dissemination, distribution of copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone-(852) 2537 8628. Thank you.

---

| | |
|---|---|
| FIRM: | Dibb Lupton Alsop |
| CITY/STATE/COUNTRY: | Hong Kong |
| Attension: | Mr. Kevin Chan/Nick Francis |
| TELEFAX No.: | 2810-1345 |
| FROM: | Blank Rome/Nigel Binnersley/Grace Hou |
| PAGE(S): | 2 (including this page) |
| DATE: | 11 January 2007 |
| Your Ref. No. | KC/NF/469/25/hkm/457354.1 |
| Our Ref.No. | 128684/00601 |
| Re: | M.V. "PALINI" Charterparty dated 5 June 2007 |

### WITHOUT PREJUDICE

Dear Sirs,

1. We refer to your fax of 19 December 2007 with respect to the above matter.

2. Our client has advised that it will post cash in the sum of US$ 389,922.94 to our Hong Kong office as substitute security to be held in escrow, upon condition your client agrees to the following:

    (1) to cease and desist service upon confirmation that our office is holding cash in amount of US$ 389,922.94;

    (2) to reach a prompt agreement upon reasonable terms for a escrow agreement; and

    (3) the parties agree to submit this dispute to arbitration in Hong Kong within 14 days after the escrow agreement has been agreed and executed.

P. 2

3. In the meantime, we will file a motion in the United States District Court Southern District of New York for countersecurity for costs in the sum of US $ 100,000. Our New York office will approach your client's counsel in New York to set the schedule on the motion soonest.

4. We look forward to hearing from you.

Very truly yours,

BLANK ROME
Nigel Binnersley/Grace Hou

## MEMORY TRANSMISSION REPORT

```
TIME       : JAN-11-2008  15:27
TEL NUMBER : +852 3528 8300
NAME       :
```

| | |
|---|---|
| FILE NUMBER | : 660 |
| DATE | : JAN-11 15:27 |
| TO | : 928101345 |
| DOCUMENT PAGES | : 002 |
| START TIME | : JAN-11 15:27 |
| END TIME | : JAN-11 15:27 |
| SENT PAGES | : 002 |
| STATUS | : OK |
| FILE NUMBER    : 660 | *** SUCCESSFUL TX NOTICE *** |

**BLANK ROME**
SOLICITORS & NOTARIES
博 銳 律 師 事 務 所

PARTNERS :
Nigel Binnersley
Tim Drew
Andrew Hart*
Peter Mills

*Notary Public

### FACSIMILE TRANSMISSION

PLEASE NOTE: The information in this facsimile message may be privileged and confidential. This message intended only for the use of the individual named below and others who have been specifically authorized to receive it. Additionally, if you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone-(852) 2537 8628. Thank you.

```
FIRM:                    Dibb Lupton Alsop
CITY/STATE/COUNTRY:      Hong Kong
Attention:               Mr. Kevin Chan/Nick Francis
TELEFAX No.:             2810-1345
FROM:                    Blank Rome/Nigel Binnersley/Grace Hou
PAGE(S):                 2 (including this page)
DATE:                    11 January 2007
Your Ref. No.            KC/NF/469/25/hkm/457354.1
Our Ref.No.              128684/00601
Re:      M.V. "PALINI" Charterparty dated 5 June 2007
```

### WITHOUT PREJUDICE

Dear Sirs,

1. We refer to your fax of 19 December 2007 with respect to the above matter.

2. Our client has advised that it will post cash in the sum of US$ 389,922.94 to our Hong Kong office as substitute security to be held in escrow, upon condition your client agrees to the following:

    (1) to cease and desist service upon confirmation that our office is holding cash in amount of US$ 389,922.94;

    (2) to reach a prompt agreement upon reasonable terms for a escrow agreement; and

    (3) the parties agree to submit this dispute to arbitration in Hong Kong within 14 days after the escrow agreement has been agreed and executed.

香港中環皇后大道中99號中環中心5605-07室
5605-07, The Center, 99 Queen's Road Central, Hong Kong.
Tel : (852) 2597-8628           www.BlankRome.com           Fax : (852) 2521-9072
128684.00691/6504737v.1   New Jersey   •   New York   •   Ohio   •   Pennsylvania   •   Washington, DC