# EXHIBIT 6

## ESCROW AGREEMENT

Cosco Beijing International Freight Co., Ltd. ("CB"), through its undersigned officer or agent, on this ____ day February, 2008, intending to be legally bound hereby, appoints the law firm of Blank Rome LLP ("Blank Rome"), The Chrysler Building, 405 Lexington Avenue, New York, 10174, its agent pursuant to the terms and conditions stated in this agreement.

1.    Creation of Escrow.    The undersigned hereby delivers to Blank Rome:

(a)    $315,094.65 (the "Escrow Funds") to be invested, deposited and/or reinvested by Blank Rome (including interest thereon or accretions thereto) or such institution as Blank Rome shall designate.

2.    Termination of Escrow.    The Escrow Funds and/or Escrow Documents are to be released and this Escrow Agreement shall terminate (except as set forth below) upon the occurrence of one the following events: 1) an order of the United States District Court for the Southern District of New York in the action Med Asia Shipping Ltd. v. Cosco Beijing International Freight Co., Ltd., 07 Civ. 9624 (RMB) ("NY Action") directing how the Escrow Funds shall be distributed or 2) a settlement agreement signed by the attorneys for the parties to the NY Action directing how the Escrow Funds shall be distributed.

3.    Notices.    Unless otherwise specified herein, any notice provided to Blank Rome shall be sufficient only if hand delivered, sent by registered or certified mail, or sent by reliable overnight courier, and actually received by Blank Rome at its offices.

4.    Obligations of Blank Rome.    Blank Rome's obligations hereunder shall be as a depository only and Blank Rome shall be able to rely conclusively and shall not be responsible or liable in any manner whatsoever for the sufficiency, correctness, genuineness or validity of any document, notice, written instruction, or other instrument furnished to them or deposited with them, or for the form of execution of any thereof, or for the identity or authority of any person depositing or furnishing same. The undersigned agree that Blank Rome will have no liability to any party in the performance of its duties hereunder.  In the event any question arises concerning Blank Rome's duties hereunder, Blank Rome may consult its counsel and it may rely on the written opinion of such counsel, which counsel may include members of its firm.

5.    Indemnification.    The undersigned, jointly and severally, agree to indemnify and hold harmless Blank Rome and its partners, employees and representatives against all losses, claims, liabilities, expenses (including attorneys' fees and costs of investigation) and damages arising from any error or judgment or for any act done or omitted by Blank Rome in good faith, or for any mistake of fact or law, and Blank Rome is released and exculpated from any liability hereunder except for its own willful misconduct.

6. Additional Provisions.

(a)    No rights are intended to be granted to any third party beneficiary.

(b)    The undersigned agrees that by Blank Rome fulfilling its duties hereunder or if, as a consequence of fulfilling its duties hereunder, any member or employee of Blank Rome becomes a party or witness in any proceeding, that fact will not disqualify Blank Rome or any member thereof from serving as attorney for any of its clients in that or any other proceeding or matter.

(c)    Blank Rome will have the right to resign at any time upon turning over to the Court in the NY Action all of the Escrow Funds and/or Escrow Documents then under its control and, thereafter, it will have no further obligations and/or liabilities under this agreement.

(d)    This agreement will terminate when all of the Escrow Funds and/or Escrow Documents will have been distributed, and on termination hereof, the undersigned (jointly and severally) hereby release Blank Rome from any and all obligations and liabilities arising out of its performance under this agreement. Paragraph 5, however, shall survive termination of this Agreement.

(e)    The provisions of this agreement will be binding upon and inure to the benefit of and be enforceable by the parties hereto and their respective legal representatives. This agreement constitutes the entire agreement between the undersigned and Blank Rome. No rights herein may be assigned by the undersigned without the prior written consent of Blank Rome and no modification hereof will be binding or enforceable against Blank Rome unless in writing and signed by Blank Rome. This agreement will be governed and construed in accordance to the laws of the Commonwealth of Pennsylvania, applicable to agreements made, delivered and to be performed entirely in such Commonwealth. No delay in exercising any rights, power or remedy hereunder will operate as a waiver thereof, nor will any single or partial exercise of any right, power or remedy hereunder preclude any other or further exercise thereof or the exercise of any other right.

(f)    This agreement may be executed in any number of counterparts, each of which shall be deemed to be an original.

(g)    The undersigned irrevocably consents to the exclusive jurisdiction of the Supreme Court of the State of New York, New York County, New York, New York, or the United States District Court for the Southern District of New York in any action or proceeding pursuant to this agreement and agrees to service of process by first class, certified mail, return receipt requested, to the address set forth herein.

IN WITNESS WHEREOF, the parties hereto have caused this Escrow Agreement to be executed by their respective duly authorized representatives on the date first above written.

Cosco Beijing International Freight Co., Ltd.

By: _____
    Name:
    Title:

Received and Accepted

BLANK ROME LLP

By: _____
    LeRoy Lambert, Partner

-3-