# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
|---|---|---|
| 420 Lexington Ave., Suite 300 | Charles E. Murphy – *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon – *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson – *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | Coleen A. McEvoy – *cam@lenmur.com* | *fax* (203) 256-8615 |

February 14, 2008



**BY HAND**
Hon. Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 650
New York, NY 10007-1581

    Re:    **Med-Asia Shipping Ltd. v. Cosco Beijing International Freight Co. Ltd.**
    Case No.:    **07 Civ. 9624 (RMB)**
    Our ref.:    07-1268

*MEMO ENDORSED*

Dear Judge Berman:

    Our firm represents Plaintiff Med-Asia Shipping Ltd. ("Med-Asia" or "Plaintiff") in the above-referenced action. We refer to the letter dated February 4, 2008 submitted by Defendant's counsel that was 'So Ordered' by your Honor on the same date.

    Defendant's 'So Ordered' letter dated February 4, 2008 re-set the briefing schedule for Defendant's motion for counter security and allowed for Defendant's motion to be filed on or before February 7, Med-Asia's opposition papers to be filed on or before February 14, and for Cosco's reply papers, if any, to be filed on or before February 19.

    Subsequent to Cosco filing its motion there has been some discussions by the parties which may obviate the need for Cosco's motion. In the interest of allowing the parties additional time to potentially resolve this matter without the Court's intervention, we request that your Honor grant our request to re-set the briefing schedule to allow for Med Asia's opposition papers to be filed on or before February 19 and for Cosco's reply papers, if any, to be filed on or before February 26.

    We have conferred with Cosco's counsel Mr. Lambert, reading below in copy, and he has consented to our request for this modification of the briefing schedule. We thank your Honor for his consideration of our request.



2-15-08

                              Respectfully submitted,

                              */s/ Kevin J. Lennon*

                              Kevin J. Lennon

KJL/bhs

cc:    *Via Facsimile (917) 332-3838*
       *and Email: LLambert@BlankRome.com*
       Blank Rome LLP
       The Chrysler Building
       405 Lexington Avenue
       New York, NY 10174-0208
       Attn: LeRoy Lambert, Esq.

> Application Granted. Work on settlement.
>
> SO ORDERED:
> Date: 2/15/08    */s/ Richard M. Berman*
> Richard M. Berman, U.S.D.J.