BLANK ROME LLP
Attorneys for Defendant
COSCO BEIJING INTERNATIONAL
   FREIGHT CO., LTD.
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MED-ASIA SHIPPING LTD.,<br><br>          Plaintiff,<br><br>-against-<br><br>COSCO BEIJING INTERNATIONAL FREIGHT CO., LTD.,<br><br>          Defendant. | 07 Civ. 9624 (RMB)<br><br>**REPLY AFFIDAVIT<br>OF LEROY LAMBERT<br>IN SUPPORT OF<br>MOTION FOR<br>COUNTERSECURITY/<br><u>SECURITY FOR COSTS</u>** |

STATE OF NEW YORK    )
                                          )  ss:
COUNTY OF NEW YORK  )

LEROY LAMBERT, being duly sworn, deposes and says:

1. I am a member of the Bar of this State and Court and a partner in the law firm of Blank Rome LLP, attorneys for Defendant/Counterclaimant COSCO BEIJING INTERNATIONAL FREIGHT CO., LTD.

2. Further to ¶ 8 of my Affidavit of February 7, 2008 in support of this motion, I am advised that the relevant financial authority has approved the transfer of $315,094.65 into our firm's escrow account in accordance with Exhibit 6 to my Affidavit of February 7, 2008. I am

further advised that Med-Asia will allow this transfer to pass into our account and hereby undertake to agree promptly on the terms of an escrow agreement to which Med-Asia is a party if Med-Asia so requests, subject always to further order of the Court.

3. I am further advised that Plaintiff has not yet commenced arbitration in Hong Kong.

_____
LeRoy Lambert (LL-3519)

Sworn to before me this
19th day of February, 2008

_____
Notary Public

KARL V. REDA
Notary Public, State of New York
No. 30-4783126, Qual. in Nassau Cty.
Certificate Filed in New York County
Commission Expires Nov. 30, 2009

2

128684.00601/6616929v.1