Bowman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MED-ASIA SHIPPING LTD.,

    Plaintiff,

-against-

COSCO BEIJING INTERNATIONAL
FREIGHT CO., LTD.,

    Defendant.

07 Civ. 9624 (RMB)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/08

WHEREAS Plaintiff obtained an order from this Court dated October 30, 2007, in the amount of $389,922.94 directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment against any property of Defendant in this District ("Attachment Order"); and

WHEREAS as a result of and pursuant to the Attachment Order, Garnishee, Citibank, restrained and continues to hold $63,570.23 and Garnishee, Wachovia, restrained and continues to hold $10,000 ("Attached Funds");

WHEREAS the parties have agreed ("Escrow Agreement") that the Attached Funds shall be transferred to an interest-bearing escrow account previously established by Blank Rome LLP, attorneys for Defendant ("the Escrow Account") and be held there pursuant to the Attachment Order and Escrow Agreement pending further order of this Court;

128684.00601/6644411v.1

IT IS HEREBY STIPULATED AND ORDERED that Garnishees shall promptly transfer the Attached Funds in the amount of $73,570.23 to Blank Rome LLP, attorneys for defendant, for further transfer to the Escrow Account and held in said account pending further order of the Court.

Dated: New York, New York
June 6, 2008

Lennon, Murphy & Lennon, LLC
Attorneys for Plaintiff

By: /s/ Kevin J. Lennon
Kevin J. Lennon
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050

Blank Rome LLP
Attorneys for Defendant

By: /s/ LeRoy Lambert
LeRoy Lambert
The Chysler Building
405 Lexington Ave
New York, NY 10174-0208
(212) 885-5000

RMB
U.S.D.J.

SO ORDERED:
RMB
RICHARD M. BERMAN U.S.D.J.
6/11/08

2

128684.00601/6644411v.1