1268

DATE FILED: 9/10/2008
DOC #:
ELECTRONICALLY FILED
DOCUMENT
USDC SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MED-ASIA SHIPPING LTD.,                :      07 Civ. 9624 (RMB)

                 Plaintiff,    :      ECF CASE

   - against -                              :

COSCO BEIJING INTERNATIONAL FREIGHT   :
CO., LTD.,
                                       :
                Defendant.    :
-----------------------------------------------------------X

### STIPULATION FOR RELEASE OF ATTACHED AND/OR ESCROWED FUNDS AND CONSENT ORDER FOR DISCONTINUANCE

WHEREAS, the Plaintiff commenced this action with a filing of a Verified Complaint on October 30, 2007; and

WHEREAS, on application of the Plaintiff, Process of Maritime Attachment and Garnishment ("PMAG") was issued on October 30, 2007 pursuant to Supplemental Rule B directing the restraint of property of Defendants up to the amount of $389,922.94; and

WHEREAS, the Process of Maritime Attachment and Garnishment was subsequently served on several banking institutions and Defendant's funds in the amounts of $63,570.23 and $10,000.00 were respectively restrained at Citibank N.A. and Wachovia, pursuant to the subject PMAG; and

WHEREAS, the parties subsequently stipulated that said funds, together with additional funds representing the difference between the amount restrained and plaintiff's claim, be transferred to an escrow account to be established and overseen by Blank Rome LLP; and

WHEREAS the parties have now agreed to settle their dispute;

900200.00001/666771lv.1

Based on the foregoing **IT IS HEREBY STIPULATED AND AGREED** that Defendant's funds in the sum of $389,922.92 that were placed into escrow being overseen by Blank Rome LLP and which served as security for Plaintiff's claims, together with all interest accrued thereon, if any, may be released to the Defendant;

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this action is discontinued with prejudice and without costs as to either party subject to being reopened within 30 days if the aforesaid funds have not been received by the Defendant.

*Clerk to close this case.*

Dated: New York, New York
September 9, 2008

_____  (KL 5072)
Kevin J. Lennon, Esq.
LENNON, MURPHY & LENNON, LLC
Attorneys for Plaintiff
MED-ASIA SHIPPING LTD.

420 Lexington Avenue, Suite 300
New York, NY 10170
Tel: (212) 490-6050
Fax: (212) 490 6070
Email: kjl@lenmur.com

_____
Thomas H. Belknap, Jr. (TB 3188)
LeRoy Lambert, Esq.
BLANK ROME LLP
Attorneys for Defendant
COSCO BEIJING INT'L FREIGHT CO. LTD.
The Chrysler Building
New York, NY 10174-0208
Tel. (212) 885-5000
Fax (917) 332-3838
Email: llambert@BlankRome.com

**SO ORDERED:**

_RMB_____
Hon. Richard M. Berman
United States District Judge

9/10/08